# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAUL MARTINEZ,<br><br>Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>Respondent. | Case No. CV 09-2031-SGL (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6-18-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE